John HAWKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97018.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 13, 2012.

Erika R. Eliason, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Robert Jefferson Bartholomew, Jr., Asst. Atty. Gen., for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and LISA K. PAGE, Sp.J.

*ORDER*

PER CURIAM.

John Hawkins appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary

hearing. We find that the motion court did not err in denying Hawkins' request for post-conviction relief without an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).